MN-305
(5/94)



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Jeffrey & Jessica Meyer                                 Chapter 7 Case No. 10-35760

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| Sibley Medical Center<br>601 W. Chandler Street<br>Arlington MN  55307-2127 | 6 | $12.73 | $0.16 |

Dated:   June 8, 2011

MICHAEL S. DIETZ, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN  55903-0549
TELEPHONE (507) 288-9111

